*R. & H. Crawford,* for appellant.

*John S. Davis,* for appellee.

———————o———————

BROWN *v.* McDONALD.

APPEAL from the *Floyd* Circuit Court.

GREGORY, J.—The questions presented in this case are the same as in the case of *Charles Roose* v. *James McDonald,* decided at this term, and on the authority of that case the judgment below is reversed; cause remanded to said court, with directions to sustain the demurrers to the third and

fifth paragraphs of defendant's answer, and for further proceedings. Costs here.

*R. & H. Crawford,* for appellant.
*John S. Davis,* for appellee.

APPEAL from the *Floyd* Circuit Court.